LAW LIBRARY

NO. 29146

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ALDA TRUTH KEHDY, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2DTA-07-01984)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J. for the court[1])

Petitioner/Defendant-Appellant Alda Truth Kehdy's

application for writ of certiorari filed on December 2, 2009, is

hereby rejected.

DATED:   Honolulu, Hawai'i, January 12, 2010.

FOR THE COURT:

Associate Justice

Hayden Aluli,
for petitioner/
claimant-appellant,
on the application.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.